IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DARLA ALBRIGHT,                        )
                    Plaintiff,         )
                                       )
        vs.                            ) Civil Action No. 11-1079
                                       ) Chief Judge Gary L. Lancaster/
MICHAEL J. ASTRUE, Commissioner of     ) Magistrate Judge Maureen P. Kelly
Social Security,                       )
                    Defendant.         ) Re: ECF No. 20

## O R D E R

AND NOW, this __4__ day of January, 2013, after Plaintiff filed an action in the above-

captioned case, seeking review of the final determination of the Commissioner of Social Security

denying her application for Disability Insurance Benefits, and after Final Judgment was entered

in favor of Plaintiff, remanding the instant case for reconsideration of the ALJ's determination,

and after a Motion to Alter or Amend Judgment was submitted by Defendant , a Report and

Recommendation was filed by the United States Magistrate Judge, granting parties until

December 27, 2012 to file written objections thereto. As of the date of this order, no objections

have been filed.

Therefore, upon independent review of the record and consideration of the Magistrate

Judge's Report and Recommendation, IT IS HEREBY ORDERED that Defendant's Motion to

Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e) [ECF No. 20] is

DENIED and the Report and Recommendation, dated December 10, 2012 [ECF No. 25], is

adopted as the opinion of this Court.

BY THE COURT:

GARY L. LANCASTER
Chief United States District Judge

cc:    Honorable Maureen P. Kelly
        United States Magistrate Judge

        All Counsel of Record by electronic filing