IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLA ALBRIGHT, Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 11-1079 ) Chief Judge Gary L. Lancaster/ |
| MICHAEL J. ASTRUE, Commissioner of Social Security, Defendant. | ) Magistrate Judge Maureen P. Kelly ) ) Re: ECF No. 20 |

## **ORDER**

AND NOW, this 4 day of January, 2013, after Plaintiff filed an action in the above-captioned case, seeking review of the final determination of the Commissioner of Social Security denying her application for Disability Insurance Benefits, and after Final Judgment was entered in favor of Plaintiff, remanding the instant case for reconsideration of the ALJ's determination, and after a Motion to Alter or Amend Judgment was submitted by Defendant, a Report and Recommendation was filed by the United States Magistrate Judge, granting parties until December 27, 2012 to file written objections thereto. As of the date of this order, no objections have been filed.

Therefore, upon independent review of the record and consideration of the Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED that Defendant's Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e) [ECF No. 20] is DENIED and the Report and Recommendation, dated December 10, 2012 [ECF No. 25], is adopted as the opinion of this Court.

BY THE COURT:

_____
GARY L. LANCASTER
Chief United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

All Counsel of Record by electronic filing