IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARLA ALBRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 11-1079 |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) JUDGE LANCASTER |
| | ) (Electronically Filed) |
| Defendant. | ) |

O R D E R

AND NOW, this 28th day of MARCH, 2013, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Darla Albright, is awarded attorney fees under the EAJA in the amount of Four Thousand Dollars and 00/00 Cents ($4,000.00). These attorney fees will be paid directly to Plaintiff, Darla Albright, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE